| | |
|---|---|
| 1 | ANN MILLER RAVEL, County Counsel (S.B. #62139) |
| | DAVID M. ROLLO, Deputy County Counsel (S.B. #111998) |
| 2 | OFFICE OF THE COUNTY COUNSEL |
| | 70 West Hedding, East Wing, 9th Floor |
| 3 | San Jose, California 95110-1770 |
| | Telephone: (408) 299-5900 |
| 4 | Facsimile: (408) 292-7240 |

Attorneys for Defendants
COUNTY OF SANTA CLARA, EDWARD FLORES, CONNIE SPENCER, LEONIDA FELLNER, R. BRANDON, OFF. M. TORAIN, and OFF. DURANTE

*E-FILED - 6/6/07*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE)

DOREEN MARTINEZ, as personal representative of the Estate of Joseph Boos, Jr., deceased; and DOREEN MARTINEZ, individually,

　　　　Plaintiffs,

v.

COUNTY OF SANTA CLARA, a public entity; EDWARD FLORES, individually and in his capacity as Chief of the Santa Clara County Department of Corrections; JOHN DOE and RICHARD DOE, individually and in their capacities as correctional officers for the County of Santa Clara, the identity and number of whom are unknown to plaintiffs; CONNIE SPENCER, individually and in her capacity as nurse for the County of Santa Clara; LEONIDA FELLNER, individually and in her capacity as a nurse for the County of Santa Clara; R. BRANDON, badge number 1661, individually and in his capacity as a corrections officer for the County of Santa Clara; Off M. TORAIN, badge number 2406, individually and in his capacity as a corrections officer for the County of Santa Clara; Off. DURANTE, badge number 2637, individually and in his capacity as a corrections officer for the County of Santa Clara; DOES 1 through 25,

　　　　Defendants.

No. C 07-01392 RMW

**STIPULATION AND () ORDER ENLARGING RESPONSE TIME AND MODIFYING INITIAL ORDER SETTING CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stip and [] Order Enlarging Response Time &
Modifying Initial CMC & ADR Deadlines        -1-        C 07-01392 RMW

COME NOW Plaintiff, Doreen Martinez, and Defendants, County of Santa Clara, Edward Flores, Connie Spencer, Leonida Fellner, R. Brandon, Officer M. Torain, and Officer Durante, who stipulate to the dates regarding a response deadline to the complaint, and a modified Case Management Conference/ADR Scheduling Order, as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Complaint filed | March 9, 2007 | N/A |
| Notice of Lawsuit and Request for Waiver of Service of Summons served | March 28, 2007 | N/A |
| Waiver of Service of Summons date | April 30, 2007 | May 25, 2007 |
| Response to Complaint due | May 29, 2007 | June 29, 2007 |
| Last date of meet and confer regarding initial disclosures, early settlement, ADR process and discovery | May 25, 2007 | July 27, 2007 |
| Last date of file Rule 26(f) report, initial disclosures and Case Management Statement | June 8, 2007 | August 17, 2007 |
| Initial Case Management Conference | June 15, 2007 | August 24, 2007 |

Dated: May 23, 2007

        /S/
BRUCE C. FUNK

Attorney for Plaintiff Doreen Martinez

Dated: May 23, 2007

        /S/
DAVID M. ROLLO, Deputy County Counsel

Attorney for Defendants County of Santa Clara, Edward Flores, Connie Spencer, Leonida Fellner, R. Brandon, Off. M. Torain, and Off. Durante

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 6/6/07

*Ronald M. Whyte*
HONORABLE RONALD M. WHYTE
United States District Court Judge

81730.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stip and [] Order Enlarging Response Time &
Modifying Initial CMC & ADR Deadlines     -2-     C 07-01392 RMW