ANN MILLER RAVEL, County Counsel (S.B. #62139)
GREGORY J. SEBASTINELLI, Deputy County Counsel (S.B. #104884)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California  95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

*E-FILED 10/30/07*

Attorneys for Defendants
COUNTY OF SANTA CLARA, EDWARD FLORES, CONNIE SPENCER, LEONIDA FELLNER, RONALD BRANDON, MYREN TORAIN, and ANTHONY DURANTE

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

DOREEN MARTINEZ et. al.,

    Plaintiffs,

v.

COUNTY OF SANTA CLARA et. al.,

    Defendants.

No.   C 07-01392 RMW

[~~PROPOSED~~] ORDER EXCUSING INDIVIDUAL DEFENDANTS' ATTENDANCE AT EARLY SETTLEMENT CONFERENCE

After consideration of Defendant County of Santa Clara's request to excuse Defendant Edward Flores, individually and in his official capacity as Chief of the Santa Clara County Department of Correction ("DOC"); Defendant Ronald Brandon, ("Brandon"), Badge Number 1661, individually and in his capacity as a corrections officer for the DOC, Defendant Anthony Durante, ("Durante") Badge Number 2406, individually and in his capacity as a corrections officer for the DOC, Defendant Myren Torain, ("Torain") Badge Number 2637, individually and in his capacity as a corrections officer for the DOC, Defendant Connie Spencer, individually and in her capacity as a licensed vocational nurse for the County of Santa Clara; and Defendant Leonida Fellner, individually and in her capacity as a licensed vocational nurse of the County of Santa Clara, from attendance at the December 21, 2007 early settlement conference, the Court finds that good cause appears and therefor,

1  **IT IS HEREBY ORDERED** that Defendant County of Santa Clara's request to excuse
2  Flores, Brandon, Durante, Torain, Spencer, and Fellner from attendance at the December 21,
3  2007 early settlement conference is granted.

5  Dated: October 30, 2007

_____
Richard Seeborg
United States Magistrate Judge

28  100007.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

[Proposed] Order Excusing Individual Defendants' Attendance at Early Settlement Conference        2        C 07-01392 RMW