1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
   GREGORY J. SEBASTINELLI, Deputy County Counsel (S.B. #104884)
2  DAVID M. ROLLO, Deputy County Counsel (S.B. #111998)
   OFFICE OF THE COUNTY COUNSEL
3  70 West Hedding, East Wing, 9th Floor
   San Jose, California 95110-1770
4  Telephone: (408) 299-5900
   Facsimile: (408) 292-7240
5
   Attorneys for Defendants
6  COUNTY OF SANTA CLARA, EDWARD
   FLORES, CONNIE SPENCER, LEONIDA
7  FELLNER, RONALD BRANDON, MYREN
   TORAIN, and ANTHONY DURANTE

*E-FILED - 1/24/08*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOREEN MARTINEZ, as personal representative of the Estate of Joseph Boos, Jr., deceased; and DOREEN MARTINEZ, individually,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CLARA et. al.,<br><br>Defendants. | No.   C 07-01392 RMW<br><br>STIPULATION AND ORDER DISMISSING WITH PREJUDICE THE COMPLAINT OF PLAINTIFF ESTATE OF JOSEPH BOOS, JR., IN FAVOR OF ALL NAMED DEFENDANTS |

The parties, by and through their respective counsel of record, hereby stipulate and agree to an order dismissing with prejudice the Complaint For Violation of Civil Rights and Wrongful Death filed by Plaintiff Doreen Martinez, in her capacity as the personal representative of the Estate of Joseph Boos, Jr., as against all named Defendants in connection with the above-referenced matter. The parties further stipulate and agree to an order whereby all such parties

//

//

//

//

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stip and Order Dismissing with Prejudice
the Complaint of Plaintiff Estate of Joseph
Boos Jr., in Favor of all named Defendants         1                C 07-01392 RMW

waive any claim for statutory costs and/or attorneys' fees against one another.

ANN MILLER RAVEL
County Counsel

Dated: 1/23/08    By: _____
GREGORY J. SEBASTINELLI
Deputy County Counsel

Attorneys for Defendant
COUNTY OF SANTA CLARA

Dated: 11/9/08    By: _____
BRUCE C. FUNK

Attorney for Plaintiff

**IT IS SO ORDERED.**

Dated: 1/24/08    _____
HONORABLE RONALD M. WHYTE
United States District Court Judge

107659.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stip and Order Dismissing with Prejudice
the Complaint of Plaintiff Estate of Joseph
Boos Jr., in Favor of all named Defendants

2

C 07-01392 RMW