ANN MILLER RAVEL, County Counsel (S.B. #62139)
GREGORY J. SEBASTINELLI, Deputy County Counsel (S.B. #104884)
DAVID M. ROLLO, Deputy County Counsel (S.B. #111998)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA, EDWARD
FLORES, CONNIE SPENCER, LEONIDA
FELLNER, RONALD BRANDON, MYREN
TORAIN, and ANTHONY DURANTE

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 1/24/08*

| | |
|---|---|
| DOREEN MARTINEZ, as personal representative of the Estate of Joseph Boos, Jr., deceased; and DOREEN MARTINEZ, individually,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CLARA et. al.,<br><br>Defendants. | No. C 07-01392 RMW<br><br>STIPULATION AND ORDER DISMISSING WITH PREJUDICE THE COMPLAINT OF PLAINTIFF DOREEN MARTINEZ, IN HER INDIVIDUAL CAPACITY, IN FAVOR OF DEFENDANTS EDWARD FLORES, CONNIE SPENCER, LEONIDA FELLNER, RONALD BRANDON, MYREN TORAIN, AND ANTHONY DURANTE. |

The parties, by and through their respective counsel of record, hereby stipulate and agree to an order dismissing with prejudice the Complaint For Violation of Civil Rights and Wrongful Death filed by Plaintiff Doreen Martinez, in her individual capacity, as against Defendants Edward Flores, Connie Spencer, Leonida Fellner, Ronald Brandon, Myren Torain, and Anthony Durante in connection with the above-referenced matter. The parties further stipulate and agree

//

//

//

//

Stip and Order Dismissing with Prejudice
the Complaint of Doreen Martinez in favor
of Individual named Defendants　　　　1　　　　C 07-01392 RMW

to an order whereby all such parties waive any claim for statutory costs and/or attorneys' fees against one another.

ANN MILLER RAVEL
County Counsel

Dated: 1/23/08    By: _____
GREGORY J. SEBASTINELLI
Deputy County Counsel

Attorneys for Defendant
COUNTY OF SANTA CLARA

Dated: 1/9/08    By: _____
BRUCE C. FUNK

Attorney for Plaintiff

**IT IS SO ORDERED.**

Dated: 1/24/08

*Ronald M. Whyte*
_____
HONORABLE RONALD M. WHYTE
United States District Court Judge

107671.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stip and Order Dismissing with Prejudice
the Complaint of Doreen Martinez in favor
of Individual named Defendants        2        C 07-01392 RMW