1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
2  GREGORY J. SEBASTINELLI, Deputy County Counsel (S.B. #104884)
   DAVID M. ROLLO, Deputy County Counsel (S.B. #111998)
3  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding, East Wing, 9th Floor
   San Jose, California 95110-1770
4  Telephone: (408) 299-5900
   Facsimile: (408) 292-7240
5
6  Attorneys for Defendants
   COUNTY OF SANTA CLARA, EDWARD
7  FLORES, CONNIE SPENCER, LEONIDA
   FELLNER, RONALD BRANDON, MYREN
   TORAIN, and ANTHONY DURANTE
8

9

10                    UNITED STATES DISTRICT COURT
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12                         ***E-FILED - 1/24/08***

13  DOREEN MARTINEZ, as personal          )   No.   C 07-01392 RMW
    representative of the Estate of Joseph )
14  Boos, Jr., deceased; and DOREEN       )   **STIPULATION AND ORDER DISMISSING**
    MARTINEZ, individually,               )   **WITH PREJUDICE THE COMPLAINT OF**
15                                         )   **PLAINTIFF DOREEN MARTINEZ, IN HER**
           Plaintiff,                      )   **INDIVIDUAL CAPACITY, IN FAVOR OF**
16                                         )   **DEFENDANT COUNTY OF SANTA CLARA**
    v.                                     )
17                                         )
    COUNTY OF SANTA CLARA et. al.,        )
18                                         )
           Defendants.                     )
19  _____ )

20        The parties, by and through their respective counsel of record, hereby stipulate and agree

21  to an order dismissing with prejudice the Complaint For Violation of Civil Rights and Wrongful

22  Death filed by Plaintiff Doreen Martinez, in her individual capacity, as against Defendant

23  County of Santa Clara in connection with the above-referenced matter. This stipulated

24  dismissal is in consideration of the court-supervised compromise settlement entered into on

25  //

26  //

27  //

28  //

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stip and Order Dismissing with Prejudice
the Complaint of Doreen Martinez in favor
of Defendant County of Santa Clara                    1                    C 07-01392 RMW

December 21, 2007.  The parties further stipulate and agree to an order whereby all such parties waive any claim for statutory costs and/or attorneys' fees against one another.

ANN MILLER RAVEL
County Counsel

Dated: _1/23/08_          By: _____
GREGORY J. SEBASTINELLI
Deputy County Counsel

Attorneys for Defendant
COUNTY OF SANTA CLARA

Dated: _11/9/08_          By: _____
BRUCE C. FUNK

Attorney for Plaintiff

**IT IS SO ORDERED.**

Dated: _1/24/08_          _____
HONORABLE RONALD M. WHYTE
United States District Court Judge

107672.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stip and Order Dismissing with Prejudice
the Complaint of Doreen Martinez in favor
of Defendant County of Santa Clara

2

C 07-01392 RMW